# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00818-CV

### In re Michael McGoldrick

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Michael McGoldrick seeks to compel the trial court to rule on his motion to obtain trial transcripts. McGoldrick has not provided us with a record to establish that he ever presented such a motion to the trial court. *See* Tex. R. App. P. 52.7 (requiring relator to file certified or sworn copy of every document material to claim for relief). A trial court has a ministerial duty to consider and rule on motions properly filed and pending before it within a reasonable time. *See In re Layton*, 257 S.W.3d 794, 795 (Tex. App.—Amarillo 2008, no pet.). However, in order to obtain mandamus relief compelling the trial court to act on a motion, a relator must show that a motion was actually brought to the trial court's attention or presented for a ruling. *See id.*; *Barnes v. State*, 832 S.W.2d 424, 426 (Tex. App.—Houston [1st Dist.] 1992, no pet.). The relator has the burden of providing a record establishing his right to mandamus relief. *In re Mendoza*, 131 S.W.3d 167, 168 (Tex. App.—San Antonio 2004, orig. proceeding). Because McGoldrick has not provided a record supporting his claim to mandamus relief, the petition for writ of mandamus is denied without prejudice. *See* Tex. R. App. P. 52.8(a).

_____

Diane M. Henson, Justice

Before Justices Puryear, Henson and Goodwin

Filed: January 26. 2012